Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
(609) 951-4125
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com

*Attorneys for Defendant CoreLogic, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CORELOGIC, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>　　　　　　　　　　　　　Defendants. | (Electronically Filed)<br><br><br><br><br><br><br><br>CIVIL ACTION<br><br><br><br>Civil Action No. _____ |

### **DECLARATION OF ANGELO A. STIO III**

I, Angelo A. Stio III declare as follows:

　　1.　　I am a citizen of the United States, over 18 years of age, and competent to testify as to the matters contained in this Declaration. If called as a witness, I could and would competently testify as to these same facts.

　　2.　　I have personal knowledge of the facts set forth in this Declaration.

3.  I am a partner with the law firm Troutman Pepper Hamilton Sanders, LLP, which is representing Defendant CoreLogic, Inc. in the above-captioned matter.

4.  Attached as **Exhibit 1** is a true and correct copy of Plaintiff Edwin Maldonado's public facing LinkedIn profile.

5.  Attached as **Exhibit 2** is a true and correct screenshot of the Franklin Township Police Department webpage, listing Plaintiff Colligan as a Detective with the Franklin Township Police Department.

6.  Attached as **Exhibit 3** is a true and correct copy of Plaintiff Peter Andreyev's public facing LinkedIn profile.

7.  On March 10, 2024, I viewed the website for the State of New Jersey's Employee Phone Directory webpage, Franklin Township Police Department of Franklin Township, New Jersey, which listed Plaintiff William Sullivan as a current employee of the Department of Corrections. A true and correct screenshot of the State of New Jersey's Employee Phone Directory webpage, listing Plaintiff Sullivan as a current employee, is attached as **Exhibit 4**.

8.  I represent Defendant CoreLogic, Inc. CoreLogic, Inc. is a Delaware corporation with a principal place of business at 40 Pacifica, Suite 900, Irvine, CA 92618.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2024

 s/Angelo A. Stio III
Angelo A. Stio III