Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400, 301 Carnegie Center
Princeton, NJ 08540-6227
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com

*Attorneys for Defendant CoreLogic, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| ATLAS DATA PRIVACY CORPORATION, et al., Plaintiffs, v. CORELOGIC, INC., et al., Defendants. | (Electronically Filed) Civil Action No. 2:24-cv-04230 **NOTICE OF APPEARANCE** |
|---|---|

The undersigned hereby appears on behalf of Defendant CoreLogic, Inc. in the above matter.

Respectfully,

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By:  /s/ Melissa A. Chuderewicz
Melissa A. Chuderewicz
301 Carnegie Center, Suite 400
Princeton, NJ 08540-6227
(609) 951-4118
melissa.chuderewicz@troutman.com

*Attorneys for Defendants CoreLogic, Inc.*

Dated:  March 27, 2024