Troutman Pepper Hamilton Sanders LLP
301 Carnegie Center, Suite 400
Princeton, NJ  08540-6227

troutman.com

**Angelo A. Stio III**
D 609.951.4125
angelo.stio@troutman.com

April 10, 2024

**VIA ECF**

The Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
   Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    *Atlas Data Privacy Corp., et al v. Corelogic, Inc., et al.*
             **Civil Action No. 1:24-cv-04230-HB**

Dear Judge Bartle:

      This firm represents Defendant CoreLogic, Inc. ("Defendant") in the above-referenced matter.  Defendant seeks to have Timothy St. George, Esq. admitted *pro hac vice.*  Enclosed are the supporting declaration of Mr. St. George setting forth his qualifications, together with my declaration in support of his applications and the Proposed Order granting pro hac vice admission.

      The parties have consented to this application.  We therefore respectfully request the entry of the enclosed proposed order.

      Thank you for the Court's consideration of this request.

                                              Respectfully submitted,

                                              /s/ Angelo A. Stio, III
                                              Angelo A. Stio, III

Enclosure
cc:    Ronald I. Raether, Esq.
        Timothy St. George, Esq.
        Rajiv Parikh, Esq.
        Mark Mao, Esq.
        John Yanchunis, Esq.