IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CORELOGIC, INC., et al., <br><br> Defendants. | CIVIL ACTION NO.  1:24-cv-04230-HB <br><br> Judge: Hon. Harvey Bartle III <br><br> **PLAINTIFF ATLAS DATA PRIVACY CORPORATION'S MOTION FOR ADMISSION *PRO HAC VICE* OF ADAM SHAW** |

Pursuant to Local Civil Rule 101.1(c), Rajiv D. Parikh, counsel to Plaintiff Atlas Data Privacy Corporation ("Atlas"), and a member of the New Jersey Bar maintaining an office in this State for the practice of law, moves for the admission *pro hac vice* of ADAM SHAW, attorney at Boies Schiller Flexner LLP, to serve as co-counsel to Atlas.

I agree to act as local counsel in the above-captioned case.  I shall sign all pleadings, briefs, and other documents filed with this Court.

Mr. Shaw's Certification and a proposed order are submitted herewith.


Dated: April 16, 2024              Respectfully submitted,


                         By:  *s/ Rajiv D. Parikh*
                              Rajiv D. Parikh
                              PEM Law LLP
                              1 Boland Drive, Suite 101
                              West Orange, NJ 07052
                              Telephone: 973-577-5500
                              Email: rparikh@pemlawfirm.com