Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
(609) 951-4125
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com

*Attorneys for Defendant CoreLogic, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CORELOGIC, INC., et al., <br><br> Defendants. | Civil Action No. 1:24-cv-04230-HB |

**REQUEST BY LOCAL COUNSEL FOR**
***PRO HAC VICE* ATTORNEY TO**
**RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An Order granting the admission *pro hac vice* of Timothy St. George, Esq. in the within matter was entered on April 16, 2024 (Document Number 15); and

2. The Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

*/s/ Angelo A. Stio*
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:
Name:       Timothy St. George, Esq.
Address:    Troutman Pepper Hamilton Sanders LLP
            Troutman Pepper Building
            1001 Haxall Point
            15th Floor
            Richmond, VA  23219
Phone:      (804) 697-1200
E-Mail:     timothy.st.george@troutman.com