Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
(609) 951-4125
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com

*Attorneys for Defendant CoreLogic, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CORELOGIC, INC., et al.,<br><br>　　　　　　　　Defendants. | Civil Action No. 1:24-cv-04230-HB |

**REQUEST BY LOCAL COUNSEL FOR
*PRO HAC VICE* ATTORNEY TO
RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

　　1.　An Order granting the admission *pro hac vice* of Ronald I. Raether, Esq. in the within matter was entered on April 16, 2024 (Document Number 16); and

　　2.　The Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

　　　　　　　　　　　　　　　　　　　　*/s/ Angelo A. Stio*
　　　　　　　　　　　　　　　　　　　　Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

| | |
|---|---|
| Name: | Ronald I. Raether, Esq. |
| Address: | Troutman Pepper Hamilton Sanders LLP |
| | 5 Park Plaza |
| | Suite 1400 |
| | Irvine, CA 92614 |
| Phone: | (213) 928-9800 |
| E-Mail: | ron.raether@troutman.com |