Troutman Pepper Hamilton Sanders LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08540



www.troutman.com

Angelo A. Stio III
Partner
D: 609.951.4125
angelo.stio@troutman.com
Admitted in: New Jersey, New York, Pennsylvania

June 12, 2024

**<u>VIA FEDEX</u>**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
  Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**Re:    DANIEL'S LAW CASES – SUBJECT MATTER JURISDICTION**

Dear Judge Bartle:

We write pursuant to the Court's June 3, 2024 Order requiring counsel to meet and confer on Plaintiffs' production of a privilege log.  Plaintiffs' counsel and Defendants' counsel are having productive meet and confer discussions and jointly request an additional seven (7) days (until June 19, 2024) to try to reach an agreement and report back to the Court.  Please let us know if this extension of time is acceptable.

Thank you for your consideration of this request.

Respectfully,

Angelo A. Stio III

cc:  Rajiv Parikh, Esq.
     Adam Shaw, Esq.
     John Yanchunis, Esq.
     Ryan McGee, Esq.
     Mark C. Mao, Esq.
     James Lee, Esq.