Angelo A. Stio III
Melissa A. Chuderewicz
Stephanie L. Jonaitis
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400, 301 Carnegie Center
Princeton, NJ 08540-6227
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com
Stephanie.Jonaitis@troutman.com

*Attorneys for Defendant CoreLogic, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CORELOGIC, INC., et al., <br><br> Defendants. | (Electronically Filed) <br><br> Civil Action No. 1:24-cv-04230-HB <br><br> **NOTICE OF APPEARANCE** |

The undersigned hereby appears on behalf of defendant CoreLogic, Inc. in the above matter.

    Respectfully,

    **TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: /s/ Stephanie L. Jonaitis
   Stephanie L. Jonaitis
   301 Carnegie Center, Suite 400
   Princeton, NJ 08540-6227
   (609) 951-4212
   Stephanie.Jonaitis@troutman.com

   *Attorneys for Defendant CoreLogic, Inc.*

Dated: July 26, 2024