Troutman Pepper Hamilton Sanders LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08540

troutman.com

**troutman pepper**

---

**Stephanie L. Jonaitis**
D 609.951.4212
stephanie.jonaitis@troutman.com

September 17, 2024

**VIA ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
   Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

>       *Re*:    *Atlas Data Privacy Corporation, et al. v. CoreLogic, Inc., et al.*
>                Case No. 1:24-cv-04230

Dear Judge Bartle:

This firm represents defendant Corelogic, Inc. ("Corelogic") in the above-referenced matter. We write to advise the Court that Corelogic joins  Defendant Blackbaud, Inc.'s Supplemental Response in Opposition to Plaintiffs' Consolidated Motion to Remand, which was filed on Monday, September 16, 2024 in the action captioned as *Atlas Data Privacy Corporation, et al v. Blackbaud, Inc.*, Civil Action No. 1:24-cv-3993 (D.E. 59-61) (the "Supplemental Remand Brief in Opposition").  For the reasons set forth in the Supplemental Remand Brief in Opposition and in Defendants' Consolidated Brief in Opposition to Plaintiffs' Consolidated Motion for Remand (D.E. 60-61), Corelogic respectfully requests that the Court deny Plaintiffs' Consolidated Motion to Remand in this matter with prejudice.

Respectfully submitted,

*/s/ Stephanie L. Jonaitis*

Stephanie L. Jonaitis

SLJ:llm


  cc:    All counsel of record (via ECF)


Troutman Pepper Hamilton Sanders LLP, a Georgia limited liability partnership
Delia C. Donahue, Partner-in-Charge, Princeton Office