## UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
## Camden, NJ

ATLAS DATA PRIVACY CORPORATION,
et al.

                         Plaintiff,

v.                                Case No.: 1:24−cv−04230−HB
                                   Judge Harvey Bartle (EDPA), III

CORELOGIC, INC., et al.

                         Defendant.

Clerk, Superior Court of New Jersey
Bergen County Justice Center
10 Main Street
Hackensack, NJ 07601

State No: BER−L−000773−24

**Dear Clerk of Court:**

   Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                        Very truly yours,

                                        CLERK OF COURT
                                        By Deputy Clerk, lm

encl.
cc: All Counsel